TECHNOLOGY LICENSING CORPORATION, Plaintiff–Appellee,

and

AV Technologies, LLC, Plaintiff,

v.

Technicolor USA, Inc., Defendant–Appellant.

No. 2011–1575.

United States Court of Appeals, Federal Circuit.

April 9, 2012.

Raymond P. Niro, Niro, Haller & Niro, of Chicago, IL, for plaintiff-appellee. With him on the brief were Arthur A. Gasey, Paul C. Gibbons, and Kara L. Szpondowski.

Gary R. Maze, Berenbaum Weinshienk PC, of Denver, CO, for defendant-appellant. Of counsel on the brief was Richard T. Redano, Richard T. Redano, P.C., of Houston, TX.

DYK, O'MALLEY, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**